IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| QUENTIN WALKER,<br><br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 7:12-cv-00215-O-BL<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 9). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Plaintiff's complaint be dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for want of prosecution.

**SO ORDERED** on this **2nd day** of **August**, **2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE